FILED '23 NOV 27 AM 09:07 MDGA-COL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__Columbus__ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

Fabian Woods Jr
1000497968

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

Adrien West (Lieutenant)
Letitia Burks (Warden)
Anthony Antonio Hand (Inmate)

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO:  4:23-cv-194
2023 CV 02191-14

## I. GENERAL INFORMATION

1. Your full name and prison number __Fabian Woods Jr (1000497968)__
2. Name and location of prison where you are now confined __Rutledge State Prison, Columbus, GA__
3. Sentence you are now serving (how long?) __10 yrs. Do 5 yrs__
    (a) What were you convicted of? __Aggravated Assault__

    (b) Name and location of court which imposed sentence __Clayton County Superior Court 9151 Tara Boulevard, Jonesboro, Georgia 30236__
    (c) When was sentence imposed? __10/6/2022__
    (d) Did you appeal your sentence and/or conviction?    Yes ☐    No ☑
    (e) What was the result of your appeal? __I was lessen in extent/Abridge by the state (employee of government) so that I could not appeal.__

(f) Approximate date your sentence will be completed **8/2027 (August of 2027)**

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

   Yes [ ]   No [✓]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s): _____

   Defendant(s): _____

   (b) Name of Court: _____
   (c) Docket Number: _____ When did you file this lawsuit? _____
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending?   Yes [ ]   No [ ]
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

   _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [ ]   No [✓]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

   (b) Name of Court: _____
   (c) Docket Number: _____ When did you file this lawsuit? _____
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending?   Yes [ ]   No [ ]

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____
_____

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?     Yes ☐     No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

_____   _____
_____   _____
_____   _____
_____   _____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? **Rutledge State Prison 7175 Manor Road Columbus, GA 31907**

    (a) Does this institution have a grievance procedure?     Yes ☑     No ☐

    (b) If your answer to question 9(a) is "Yes", answer the following:

    (1) Did you present your complaint(s) herein to the institution as a grievance?
    Yes ☑     No ☐

    (2) If Yes, what was the result? **Adverse Actions, Retaliation, and a continuation of intentional torts, harassment Conspiracy and Collusion (the damages continued) negligence Grievance # 357177 and 358005**

    (3) If No, explain why not: _____
    _____
    _____
    _____
    _____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

Grievance Cordinator Mr. Dardell, Mrs. Turnage. Counselor Mrs. Phillips Mrs. Durphy. I told about the abuse from dominate influencers. I asked for medical records and offender accont 4/19/23; 5/2/23; 8/23/23; 10/8/23

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system? Yes ✓   No ☐

(1) If Yes, to whom did you appeal and what was the result? Grievance Cordinator Mr. Dardell, to Commissoner Tyrone Oliver, the result was negligence and ongoing torts. Appeal #358005 wasnt accepted

(2) If No, explain why you did not appeal: My appeal to grievance was not accepted on the 7th day because I wasnt able to leave dorm to bring to Cordinator. on 10/2/2023 appeal #358005

10. In what other institutions have been confined? Give dates of entry and exit.

Coastal State Prison (2-13-2023 to 4-13-2023)
Rutledge State Prison (4-14-2023 to Present)

### IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Rutledge State Prison
7175 Manor Road, Columbus, Georgia 31907

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Adrien West Lieutenant at Rutledge State Prison
Letitia Burks Warden of Care & Treatment at Rutledge State Prison
Marvin Jones Doctor/Physician at Rutledge State Prison
Anthony Antonio Hand Inmate at Rutledge State Prison
Mrs. Turnage and Mr. Dardell Grievance Cordinator
Mr. Studd Medical Supervisor

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how **each** defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

**DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME**; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

**WHERE** did the incident you are complaining about occur? That is, at what institution or institutions? __Rutledge State Prison__

**WHEN** do you allege this incident took place? __4/25/2023 to Currently__

**WHAT** happened? __I Fabian Woods Jr. had questions and concerns about lab work that I sent through form of medical request, that I have proof of. I had ask the doctor about lab work and std testing during my latest Chronic Care visit in July-August. The Doctor Marvin Jones response was that I was O.K. "Your Good no std". I then begin to experience that there was no lab work done stated a nurse on 8/28/2023-8/30/2023. I believe my act to Consult with a doctor was Substantial performance/good faith/. I then realized because of my weakness, uncertainty (concern), and Condition I, Fabian Woods was a advantage for undue Influencers of Administration & Prisoners to benefit. There was a Conspiracy (PLOT) and Collusion to be Defective in Service by faulty, deficient, lacking in something necessary, not normal standard to punish and abandon; to espouse/or support another. I was being abused by dorm orderly Anthony Antonio Hand whom was also a conflict of interest of the Intentional Torts that I'm still currently experiencing by Administration due to false statements and exaggerations. Which resulted in me knowing a mistake that happened on 8/23/2023 from Lieutenant Adrien West, Letitia Burks by using Anthony Antonio Hand as conflict of interest or formality to induct into operation or discret function of acts of Causing or bringing distress, abuse of process, or threat to deprive one (me) free will\from Liberty interest.__

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Daffney Bonner (Mother) 417 Hobbs Ave. Shelby, North Carolina my mother has my evidence to avoid intentional tort/tort interference. Inmate Heath T. Hogan #1003119751 has witness to similar abuse from administration in collusion that perform on weak, uncertain, and condition with dominate inmate for a benefit.

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

① to be concern with the problem of the one being misled, and deceived by wrongdoers. ② Damages/Loss (punitive, cost of completion damage, special damages, incidental damages, nominal damages, and damage to reputation) Consequential damages, liquidated damages) ③ To accept Supplemental and Amended Complaints to grievances. ④ Rescission/Cancellation of intentional torts or discretionary functions. ⑤ Injunctive Relief ⑥ To provide/grant avoidance of hardship that will hurt weaker/chronic care one. ⑦ Liability for negligent caused mental distress, and/or emotional distress ⑧ Liability for Negligent Retention (Allowing inmate to be Conflict of intrest)

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 11th day of September, 2023.

*Jabran Woods Jr*
PLAINTIFF